# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERRID ALI, | |
|     Plaintiff, | Case No. 2:12-cv-01571-JCM-CWH |
| vs. | **ORDER** |
| MELANIE ANDRESS-TOBIASSON, | |
|     Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (#3), filed December 11, 2012.  Plaintiff previously submitted documents, but did not pay the required filing fee of $350.00 or file an application to proceed *in Forma Pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules ("LSR") 1-1.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court.  The court may only authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement showing the person is unable to pay such costs.  28 U.S.C. § 1915(a)(1); *see also* LSR 1-1 ("Any person, who is unable to prepay the fees in a civil case, may apply to the Court for authority to proceed *in forma pauperis*.  The application shall be made on the form provided by the Court and shall include a financial affidavit disclosing the applicant's income, assets, expenses and liabilities.").  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (#3) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis*.  Plaintiff shall have until **Tuesday, January 15, 2013**,

in which to file a completed Application to Proceed *In Forma Pauperis*, accompanied by a signed financial certificate. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Failure to comply with this Order will result in a recommendation that Plaintiff's Application to Proceed *In Forma Pauperis* be denied with prejudice and this case dismissed.

DATED this 17th day of December, 2012.

_____
C. W. Hoffman, Jr.
United States Magistrate Judge