# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERRID ALI,

        Plaintiff(s),

v.

MELANIE ANDRESS-TOBIASSON,

        Defendant(s).

2:12-CV-1571 JCM (CWH)

**ORDER**

Presently before the court are Magistrate Judge Hoffman's report and recommendation that this matter be dismissed with prejudice. (Doc. # 8). Acting *pro se*, plaintiff Errid Ali has filed what he has characterized as objections. (Doc. # 9).

The magistrate judge issued an order on December 17, 2012, denying plaintiff's motion to proceed in forma pauperis without prejudice. (Doc. # 4). Rather than correcting the application's deficiencies, plaintiff filed an "affidavit of fact writ of error." (Doc. # 5). The magistrate judge construed the affidavit as a motion for reconsideration or, in the alternative, a renewed pauper application. (Doc. # 6). The magistrate judge again denied the "affidavit" without prejudice and gave plaintiff until March 8, 2013, to file a completed application or pay the filing fee. (*Id.*). In response, plaintiff filed an "affidavit of fact/writ of discovery" under a caption listing the "Moorish National Republic Divine and National Movement of the World, Aboriginal and Indigenous Natural Peoples of North-West Amexem North America." (Doc. # 7). That document can only be characterized as rambling nonsense.

**James C. Mahan**
**U.S. District Judge**

1  One year later, on March 5, 2014, the magistrate judge issued the instant report and recommendation, recommending the case be dismissed because plaintiff has failed to comply with the magistrate's prior orders. (Doc. # 8).  Plaintiff filed objections on March 20, 2014. (Doc. # 9).

The court has reviewed the purported "objections" and concludes they are more fairly classified as gibberish.  The document is a collection of entirely irrelevant constitutional provisions and random case citations that have no application here.  The document concludes with 27 (apparently rhetorical) questions covering topics ranging from the penalty for death by hanging ("treason?") and whether or not the "BAR" is an acronym for British Accreditation Registry, to questioning whether the undersigned took a "secret oath to support the bankruptcy" of an unidentified entity.

Although an entertaining read, the document objects to no specific portion of the magistrate judge's report and recommendation.  Upon reviewing the recommendation and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation (doc. # 8) be, and the same hereby are, ADOPTED in their entirety.

IT IS FURTHER ORDERED that the matter be DISMISSED with prejudice.  The clerk is directed to close the case.

DATED April 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**